## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**JUAN MARTINEZ RIVAS**

Plaintiff(s)

vs

**ARIEL AUTO COLLISION CORP. and
RODSHEL KHAIMOV**

Defendant(s)

**AFFIDAVIT OF SERVICE**

Civil Action No.: **23-cv-05371-GRB-SIL**
Issue Date: **July 18, 2023**
Documents: **SUMMONS IN A CIVIL ACTION, and
COMPLAINT JURY TRIAL DEMANDED**

---

Brendan Long, being duly sworn, deposes and says: I reside in the County of Nassau in the State of New York, I am a citizen of the United States, I am over eighteen years of age, I am not a party to nor interested in this action, I have the proper authority to serve pleadings in the State of New York, and I am competent to be a witness therein.

The summons for **RODSHEL KHAIMOV** was received by deponent on September 7, 2023.

**PERSONAL SERVICE**
On **September 26, 2023**, at **2:20 PM**, at **501 Atlantic Avenue, Freeport, New York 11520**, deponent served the above-described documents upon the defendant, **RODSHEL KHAIMOV**, by delivering and leaving a true copy with said defendant personally. Deponent knew the person so served to be the person described as said defendant therein.

Deponent describes the person served as follows:

| Sex | Skin Color/Race | Hair Color | Age (approx.) | Height (approx.) | Weight (approx.) |
|-----|-----------------|------------|---------------|------------------|------------------|
| **Male** | **White/Tan** | **Black** | **40-45** | **5'8"** | **165 lbs.** |
| Other Identifying Features: **Baseball Cap and Eyeglasses** | | | | | |

Deponent asked the defendant if they are in military service of the United States, State of New York, any other State, or ally in any capacity and received a negative reply. The defendant did not wear a military uniform. Based on aforesaid conversation and observation, deponent believes the defendant is not, and is not dependent on, a person in military service.

x _____
Brendan Long, Process Server
Island Process Service, Inc.
1614 5th Ave, Bay Shore, NY 11706
(631) 647-7663, service@islandprocess.com

State of **NY**, County of **NASSAU** ss.:
Sworn to before me this
**28** day of **Sept**, 2023
x _____
Notary Public

CHARLENE A MALTESE
Notary Public, State of New York
Reg. No. 01MA6021750
Qualified in Nassau County
Commission Expires 03/22/2027

Attorney for Plaintiff: Colin Mulholland, Esq., 36-36 33rd Street, Suite 308, Astoria, New York 11106, (347) 687-2019

Page 1 of 1