UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUAN MARTINEZ RIVAS

          *Plaintiff,*          Civil Action No.: 23-cv-5371

   -against-              REQUEST FOR CERTIFICATE
ARIEL AUTO COLLISION CORP. and    OF DEFAULT
RODSHEL KHAIMOV

         *Defendants*
.-------------------------------------------------------X

TO:   BRENNA B. MAHONEY
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendants ARIEL AUTO COLLISION CORP. and RODSHEL KHAIMOV, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Colin Mulholland, Esq.

Dated: Astoria, New York
        February 9, 2024

                                              /s/ *Colin Mulholland, Esq.*
                                              Colin Mulholland, Esq.
                                              36-36 33rd Street, Suite 308
                                              Astoria, New York 11106
                                              (347) 687-2019
                                              *Attorneys for Plaintiff*