**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JUAN MARTINEZ RIVAS

              *Plaintiff,*    Civil Action No.: 23-cv-5371

       -against-    **CERTIFICATE OF DEFAULT**

ARIEL AUTO COLLISION CORP. and
RODSHEL KHAIMOV
    *Defendants.*
-------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on July 14, 2023 with the filing of a summons and complaint (Dkt. No. 1); a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendants ARIEL AUTO COLLISION CORP. on September 22, 2023, by serving the Secretary of State; and proof of such service on the said Defendant was filed on October 9, 2023 (Dkt. No. 5).

    I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant ARIEL AUTO COLLISION CORP. is hereby noted.


Dated: _____, New York
           _____, 2024

                                          **BRENNA B. MAHONEY**
                                          Clerk of the Court

                                          By: _____
                                          Deputy Clerk