UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN MARTINEZ RIVAS,

                Plaintiff,                    **CLERK'S CERTIFICATE**
                                                      **OF DEFAULT**
   - against -                                CV 23-5371 (NJC) (SIL)

ARIEL AUTO COLLISION CORP., and
RODSHEL KHAIMOV,

                Defendants.
---------------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants ARIEL AUTO COLLISION CORP., and RODSHEL KHAIMOV have not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

    The defaults of defendants ARIEL AUTO COLLISION CORP., and RODSHEL KHAIMOV are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: February 16, 2024
       Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                   CLERK OF COURT

                                            BY:    /S/ JAMES J. TORITTO
                                                         DEPUTY CLERK