# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street      Telephone: (347) 687-2019
Suite 308      cmulhollandesq@gmail.com
Astoria, NY 11106

March 6, 2024

Honorable Judge Steven I. Locke
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

           Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

     I write to respectfully ask the Court for an additional two weeks to submit the motion for default in this matter. The undersigned would respectfully request additional time to work with the Plaintiff to complete his supporting declaration in Spanish and English to submit with the default papers.

     This is the first request for this relief.

           Respectfully Submitted,

           /s/ Colin Mulholland, Esq.