| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Juan Rivas | 7/14/17 | 12/30/2017 | 24 | 57 | 0 | $ 20.11 | $ 30.16 | $ 10.00 | $ 15.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 4,101.47 | $ 4,101.47 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,386.07 | $ - | $ 20,589.02 |
| | 12/31/17 | 12/30/2018 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 11.00 | $ 16.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 4,583.68 | $ - | $ 22,356.73 |
| | 12/31/18 | 12/30/2019 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 12.00 | $ 18.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 3,783.89 | $ - | $ 21,556.95 |
| | 12/31/19 | 12/30/2020 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 13.00 | $ 19.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 2,983.01 | $ - | $ 20,756.06 |
| | 12/31/20 | 12/30/2021 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 14.00 | $ 21.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 2,182.13 | $ - | $ 19,955.18 |
| | 12/31/21 | 10/15/2022 | 41 | 57 | 0 | $ 20.11 | $ 30.16 | $ 15.00 | $ 22.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 7,006.68 | $ 7,006.68 | $ - | $ - | | | $ 1,155.57 | $ - | $ 15,168.94 |
| | | | | | | | | | | | | Total: | $ 46,654.26 | $ 46,654.26 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 13,736.66 | $ - | $ 120,382.89 |

1. This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2. Plaintiffs reserve the right to correct or amend this chart.
3. This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

| | |
|---|---|
| Filing Date | 7/14/2022 |
| FLSA | 7/14/19 |
| NYLL | 7/14/17 |
| Amendment | 4/9/11 |
| Today | 3/22/24 |