AFFIRMATION OF SERVICE:

Colin Mulholland, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, deposes and says the following under the penalties of perjury:

1. I am over 18 years of age. I am not a party to this action and I maintain offices at 36-36 33rd Street, Suite 308 Astoria, NY 11106.

2. I am the attorney for Plaintiff Martinez.

3. On March 29, 2024 before 5:00 P.M., I served the attached documents styled **"Notice of Motion for Default Judgement and Accompanying Exhibits"** on each of Rodshel Khaimov and Ariel Auto Collision Corp. by serving the below addressees by depositing a true copy of same enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of FedEx within the State of New York by FedEx Ground (Receipt Attached):

Attn: Rodshel Khaimov  
Ariel Auto Collision Corp.  
501 Atlantic Avenue  
Freeport, NY 11520  

Rodshel Khaimov  
14723 75th Ave  
Flushing, NY 11367  

Dated: Astoria, New York  
April 2, 2024

Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

1



# FedEx Office

```
Address:          3146 STEINWAY ST
                  ASTORIA
                  NY 11103
Location:         ZXSK
Device ID:        -BTC01
Transaction:      940391759177
```

**FedEx Ground**
Tracking Number:
 272788038061     0.45 lb (S)      12.09
    Declared Value    1
Recipient Address:
    rodshel khaimov
    14723 75th ave
    Flushing, NY 11367
    1111111111

Scheduled Delivery Date 4/1/2024

Pricing option:
    STANDARD RATE

Package Information:
    Your Packaging
    13 x 10 x 1

---

**FedEx Ground**
Tracking Number:
 272788100461     0.45 lb (S)      12.09
    Declared Value    1
Recipient Address:
    attn: rodshel khaimov
    ariel auto collision corp.
    501 atlantic ave
    Freeport, NY 11520
    1111111111

Scheduled Delivery Date 4/1/2024

Pricing option:
    STANDARD RATE

Package Information:
    Your Packaging
    13 x 10 x 1

```
        Shipment subtotal:      $24.18
              Total Due:        $24.18
          (S) CreditCard:       $24.18
    **********
```

```
M = Weight entered manually
S = Weight read from scale
T = Taxable item
```

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.

```
         Visit us at: fedex.com
         Or call 1.800.GoFedEx
             1.800.463.3339

           Mar 29, 2024 2:18:44 PM
```

---

```
     ********** WE LISTEN **********
         Tell us how we're doing
     & receive a discount on your next order!
              fedex.com/welisten
         Redemption Code: _____

            *** Thank you ***
```