UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN MARTINEZ RIVAS,

                                  Plaintiff,

    -against-

ARIEL AUTO COLLISION CORP. and RODSHEL
KHAIMOV,

                                Defendants.
------------------------------------------------------------------X

Case No.: 2:23-cv-5371 (NJC) (SIL)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       June 23, 2024

Respectfully submitted,

**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Ariel Auto Collision Corp.*
*and Rodshel Khaimov*

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com

*Attorneys for Plaintiff*
*Juan Martinez Rivas*