# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

December 15, 2024

Honorable Judge Nusrat J. Choudhury  
United States District Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties would jointly respectfully request that the Court conference scheduled for December 19, 2024 be adjourned until the first week of February 2025 for the following reasons:

Defendants counsel will be out of the country the entire week of December 16-December 27, 2024 for long standing vacation plans.

Plaintiff's counsel has a prior federal mediation scheduled for December 19, 2024 and a telephonic meeting with child's school.

The reason the parties are requesting a February date rather than a January date is to accommodate the parties' mediation which is currently scheduled for January 9, 2025 – hopefully, the parties can resolve their issues there and obviate the need for motion practice.  And, counsel for Plaintiff has a trial scheduled for the week of January 27, 2024.

This is the first such request and it would not effect any existing deadlines.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.