# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                                                          Telephone: (347) 687-2019
Suite 308                                                                                                   cmulhollandesq@gmail.com
Astoria, NY 11106

January 17, 2025

Honorable Judge Nusrat J. Choudhury
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties are pleased to report that they have reached a settlement in principle at their mediation session. Since this matter arises under the Fair Labor Standards Act, the parties would respectfully request leave to submit a Cheeks motion in thirty (30) days.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.