# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11106

February 21, 2025

Honorable Judge Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties are still working on their final long form settlement agreement for Cheeks approval and awaiting client input regarding the consent to magistrate. If the Court would so permit an additional three weeks to submit their agreement and, hopefully, consent to Magistrate.

This is the first request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.