# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 21, 2025

Honorable Judge Steven I. Locke  
United States Magistrate Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties have had a series of discussions about the final form of their Agreement and we likely have a final proposed version for client execution. If the Court would so permit one more extension, the parties would respectfully request until Tuesday April 1, 2025.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.