# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                                                             Telephone: (347) 687-2019
Suite 308                                                                                                     cmulhollandesq@gmail.com
Astoria, NY 11106

March 31, 2025

Honorable Judge Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties apologize for missing the prior deadline to consent to Judge Locke's jurisdiction. Regrettably, we do not have the unanimous consent necessary to consent to the jurisdiction of Judge Locke.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.