# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11106

April 1, 2025

Honorable Judge Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

                Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

      The parties are discussing the scope of a proposed release in their FLSA settlement agreement. If the Court would so permit an additional two-week extension before requiring further conferences, the parties would appreciate the courtesy from the Court and apologize for this additional delay.

                            Respectfully Submitted,

                            /s/ Colin Mulholland, Esq.