# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 23, 2025

Honorable Judge Steven I. Locke  
United States Magistrate Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties have signed their Settlement Agreement however, due to a payment plan being included within the agreement, the parties agreed to obtaining a Confession of Judgment from the Defendants which requires a notarization. While the parties signed the predicate agreement, Plaintiff is waiting for the Defendant to notarize the agreed Confession of Judgement.

Plaintiff would respectfully request until Monday April 28th, 2025 to file the Cheeks motion with all of the requisite documents executed for judicial review.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.