# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

May 1, 2025

Honorable Judge Steven I. Locke  
United States Magistrate Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties have signed their Settlement Agreement and the Defendant finally executed his Confessions of Judgment. Sadly, the Defendant, for whatever reason, only sent back a dark and uneven photo of his confession signature page.

Plaintiff has insisted that the Defendant provide a clean and presentable scan of his Confession prior to submitting the Cheeks motion such that the parties are able to ask for a dismissal concurrently with their Cheeks submission.

Defendant's counsel is working to obtain a better copy of the executed confession. Plaintiff hopes this will be done before May 6, 2025.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.