| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE:  5/7/25<br>TIME:  10:00 am |

CASE:  CV 23-5371(NJC) Martinez Rivas v. Ariel Auto Collision Corp. et al
TYPE OF CONFERENCE:   MOTION        FTR:   10:04-10:08

APPEARANCES:
    For Plaintiff:   Colin Mulholland

    For Defendant: Emmanuel Kataev

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Oral argument held on motion for an extension of time, DE [29]. The motion is granted in part. The parties will come back tomorrow, May 7, 2025 at 2pm with their clients present to finalize the settlement.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        5/8/25 at 2:00 pm        :  Oral Agument


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge