Privileged Settlement Communication | Case 2:23-cv-05371-NJC-SIL   Document 31-2   Filed 05/08/25   Page 1 of 1 PageID #: 159 | Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Juan Rivas | 7/14/17 | 12/30/2017 | 24 | 57 | 0 | $ 20.11 | $ 30.16 | $ 10.00 | $ 15.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 4,101.47 | $ 4,101.47 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,386.07 | $ - | $ 20,589.02 |
| | 12/31/17 | 12/30/2018 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 11.00 | $ 16.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 4,583.68 | $ - | $ 22,356.73 |
| | 12/31/18 | 12/30/2019 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 12.00 | $ 18.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 3,783.89 | $ - | $ 21,556.95 |
| | 12/31/19 | 12/30/2020 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 13.00 | $ 19.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 2,983.01 | $ - | $ 20,756.06 |
| | 12/31/20 | 12/30/2021 | 52 | 57 | 0 | $ 20.11 | $ 30.16 | $ 14.00 | $ 21.00 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 8,886.53 | $ 8,886.53 | $ - | $ - | | | $ 2,182.13 | $ - | $ 19,955.18 |
| | 12/31/21 | 10/15/2022 | 41 | 57 | 0 | $ 20.11 | $ 30.16 | $ 15.00 | $ 22.50 | $ 1,316.89 | $ 1,146.00 | $ 170.89 | $ 7,006.68 | $ 7,006.68 | $ - | $ - | | | $ 1,155.57 | $ - | $ 15,168.94 |
| | | | | | | | | | | | | Total: | $ 46,654.26 | $ 46,654.26 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 13,736.66 | $ - | $ 120,382.89 |

| | | |
|---|---|---|
| 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. | |
| 2 | Plaintiffs reserve the right to correct or amend this chart. | |
| 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL. | |

| | |
|---|---|
| Filing Date | 7/14/2022 |
| FLSA | 7/14/19 |
| NYLL | 7/14/17 |
| Amendment | 4/9/11 |
| Today | 3/22/24 |