# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11106

**Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371**

Your Honor,

      Please find below a statement of the time and expenses the undersigned put into this matter in support of Plaintiff's application to approve the settlement agreement presented to the Court.

| Date | Work | |
|---|---|---|
| 3/16/23 | Intake 1 hour | 1 |
| 5/19/23 | Draft complaint 1.7 | 1.7 |
| 3/6/24 | Client declaration .8 | 0.8 |
| 3/22/24 | Default Motion 1.9 | 1.9 |
| 10/15/24 | Amend Complaint 1.4 | 1.4 |
| 11/2/24 | Draft letter response 2.5 | 2.5 |
| 12/12/24 | Mediation call .5 | 0.5 |
| 12/27/24 | Emails with mediator .2 | 0.2 |
| 1/8/25 | Pre mediation letter .1 | 0.1 |
| 1/9/25 | Mediation and discussion with client | 5.5 |
| 2/21/25 | Mot to extend .1 | 0.1 |
| 2/23/25 | Review Def draft .3 | 0.3 |
| 3/6/25 | Discuss agreement terms with OC .3 | 0.3 |
| 3/14/25 | Edit/rewrite agreement and confessions .7 | 0.7 |
| 3/21/25 | Mot to adjourn .1 | 0.1 |
| 4/14/25 | Send client translated agreement and copy to sign, discussion .3 | 0.3 |
| 4/19/25 | Discussion with OC re agreement .2 | 0.2 |
| 5/1/25 | Mot to extend .1 | 0.1 |
| 5/7/25 | Court conference 3 hours travel, .3 conference and discussion with OC, edit agreement .4, discussion with client .6, Fairness Motion .7 | 3.5 |

| | |
|---|---|
| Total Hours | 21.2 |
| Best Rate: $375 | 7950 |
| Filing Fee | 402 |
| Mediation Fee | 581.25 |
| Service Fees | 175 |

| Total Lodestar | 9108.25 |
|---|---|

The undersigned thanks the Court for its attention to this matter.

Date: May 7, 2025

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019

# ISLAND PROCESS SERVICE

1614 5th Ave, Bay Shore, NY 11706  
brett@islandprocess.com

Phone (631) 647-7663 — FAX (631) 504-0694  
Tax ID: 46-1648976

# PAID

Attn: Colin Mulholland, Esq.

Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106

Invoice Date: 10/2/2023  
Invoice #: 2002915

TOTAL INVOICE AMOUNT DUE  
$0.00

--  -

Invoice

---

Job #: 2002915   Your #:  
Plaintiff: JUAN MARTINEZ RIVAS  
Defendant: ARIEL AUTO COLLISION CORP. and RODSHEL  
Civil Action No. 23-cv-05371-GRB-SIL  
Documents: SUMMONS IN A CIVIL ACTION, and COMPLAINT JURY

Recipient: ARIEL AUTO COLLISION CORP  
Person Served: SECRETARY OF STATE  
NY Department of State, 99 Washington Ave, Albany, NY

Received: 9/7/2023  
Completed: 9/22/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service via NY Secretary of State (Includes $40 fee to the NY Department of State) | 1 | $95.00 | $95.00 |
| 9/15/2023   Payment: Credit Card | | | -$95.00 |
| | | Job Total Received = | -$95.00 |
| | | Job Total Due = | $0.00 |

---

Job #: 2002916   Your #:  
Plaintiff: JUAN MARTINEZ RIVAS  
Defendant: ARIEL AUTO COLLISION CORP. and RODSHEL  
Civil Action No. 23-cv-05371-GRB-SIL  
Documents: SUMMONS IN A CIVIL ACTION, and COMPLAINT JURY

Recipient: RODSHEL KHAIMOV  
Person Served: RODSHEL KHAIMOV  
501 Atlantic Avenue, Freeport, New York 11520

Received: 9/7/2023  
Completed: 9/26/2023

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Routine Service | 1 | $80.00 | $80.00 |
| 9/15/2023   Payment: Credit Card | | | -$80.00 |
| | | Job Total Received = | -$80.00 |
| | | Job Total Due = | $0.00 |

---

TOTAL INVOICE FEES:   $175.00  
TOTAL INVOICE PAYMENTS:   -$175.00  
TOTAL INVOICE AMOUNT DUE:   $0.00

**THANK YOU!**

Page 1



# Invoice

**Privileged & Confidential**

| | |
|---|---|
| Invoice #: | 3338 |
| Invoice Date: | 1/13/2025 |
| Due Date: | 1/13/2025 |
| Case: | |

**Bill To:**

Law Offices fo Colin Mulholland
Colin Mulholland, Esq.
cmulhollandesq@gmail.com
36-36 33rd Street, Suite 308
Astoria, NY 11106

| Date | Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|
| | Mediation EPT | EDNY Panel Mediation Juan Martinez Rivas v. Ariel Auto Collision Corp., - Courtesy rates: $600 for the first 4 hours and $250/hr for each hour thereafter | | | |
| 12/12/2024 | Mediation EPT | Mediation call - Counsel only (courtesy) | 0.5 | | |
| 12/19/2024 | Mediation EPT | Ex-parte mediation communications with counsel | 0.25 | | |
| 12/19/2024 | Mediation EPT | Ex-parte mediation communications with counsel | 0.25 | | |
| 12/27/2024 | Mediation EPT | Ex-parte mediation communications with counsel | 0.5 | | |
| 12/30/2024 | Mediation EPT | Ex-parte mediation communications with counsel | 0.25 | | |
| 1/9/2025 | Mediation EPT | Mediation (11 am - 4 pm) - 5 hours (2.75 hr included in the first 4 hours) | | 600.00 | 600.00 |
| 1/9/2025 | Mediation EPT | Mediation - 2.25 thereafter hours @ $250/Hr | | 562.50 | 562.50 |
| | | Subtotal | | | 1,162.50 |
| | Crtsy - EPT | Mediation call - Counsel only | 0.5 | | 0.00 |
| | Mediation EPT | Plaintiff's portion - 50% | | -581.25 | -581.25 |

| | |
|---|---|
| **Total** | **$581.25** |
| **Payments/Credits** | -$500.00 |
| **Balance Due** | $81.25 |

EPT Legal, LLC
403 Main Street -
PO Box 689
Armonk, NY 10504

Phone: (914) 940-3525
Email: billing@eptlegal.com