# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

May 8, 2025

Honorable Judge Steven I. Locke  
United States Magistrate Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

The parties have signed their Settlement Agreement and have submitted their complete motion for Cheeks approval. The parties would respectfully request that the court conference this afternoon be adjourn sine dine.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.