# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

May 22, 2025

Honorable Judge Steven I. Locke
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

Plaintiff would respectfully request that the currently scheduled in-person fairness conference on May 28th, 2025 be adjourned to an afternoon on either June 3rd, 4th or 5th, 2025. Or, in the alternative, to convert the conference to a telephonic conference.

The undersigned has a long standing EDNY mediation scheduled on May 28th, 2025 with Joe DiBenedetto that was set months ago. My office is in Astoria, Queens and it would be impossible for me to complete the mediation and make it to Central Islip for the fairness conference.

Defendants consent to this request.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.