**UNITED STATES DISTRICT COURT**                    **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                    **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                             DATE:  6/17/2025
          U.S. MAGISTRATE JUDGE                   TIME:   11:45 am

**CASE:  CV 23-5371(NJC) Martinez Rivas v. Ariel Auto Collision Corp. et al**
TYPE OF CONFERENCE:   CHEEKS                        FTR: 11:44-11:52

APPEARANCES:
        For Plaintiff:   Colin Mulholland

        For Defendant: Emanuel Kataev

**THE FOLLOWING RULINGS WERE MADE:**

☐      Scheduling Order entered.

☐      The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒      Other:   Status conference held concerning motion for settlement, DE [31].


                      SO ORDERED

                      /s/Steven I. Locke
                      STEVEN I. LOCKE
                      United States Magistrate Judge