# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

July 2, 2025

Honorable Nusrat J. Choudhury  
United States District Judge  
100 Federal Plaza  
Central Islip, NY 11722

Re: Martinez Rivas v. Ariel Auto Collision Corp. et al., 23-cv-5371

Your Honor,

Despite the fact that Magistrate Judge Locke has had oral argument on the pending motion for fairness approval and indicated he was likely to approve the motion within 24 hours, we apparently need to maximize delay and wait for a second consideration of that same motion by the District Judge.

Since Magistrate Consent requires both parties to provide their consent, no matter the procedural posture, and we do not have the consent of all parties, this matter is forced to proceed down the most inefficient route.

Plaintiff would respectfully request that the pending motion for fairness approval be referred to Magistrate Judge Locke for a report and recommendation or that the Court rule on the motion itself.

Sadly and unnecessarily, there will be no Magistrate Consent filed in this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.