| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>            U.S. MAGISTRATE JUDGE | DATE: 1/15/26<br>TIME:  10:00 am |

CASE:  CV 23-5371 (NJC) Martinez Rivas v. Ariel Auto Collision Corp et al

TYPE OF CONFERENCE:  STATUS          FTR: 10:02-10:16

APPEARANCES:
    For Plaintiff:    Colin Mulholland

    For Defendant: Emanuel Kataev

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Status conference held.

                                                                    SO ORDERED

                                                                     /s/Steven I. Locke
                                                                    STEVEN I. LOCKE
                                                                    United States Magistrate Judge