UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN MARTINEZ RIVAS,

                Plaintiff,                           **MEMORANDUM AND**
-against-                                         **ORDER**

ARIEL AUTO COLLISION CORP., et anno.,             23-CV-5371 (NJC)(SIL)

                Defendants.
-----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

      On May 8, 2025, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), Plaintiff submitted a proposed Settlement Agreement (the "Settlement Agreement") and the parties moved for its approval.[1] *See* DE [31]. On June 17, 2025, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [35].

      Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the parties' motion for settlement, DE [31], is granted.

---

[1] At a further status conference on January 15, 2026, the parties consented to the jurisdiction of this Court pursuant to 28 U.S.C. § 636(c) for the purposes of the Settlement Agreement's approval. *See* DE [37].

Dated:     Central Islip, New York     **SO ORDERED.**
               January 22, 2026

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge